1
2
3
4
5
6
7
8                         IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   ANTHONY E. MACK,
11           Plaintiff,                    No. CIV S-05-2134 MCE CMK P
12       vs.
13   MARSHA ONA, et al.,
14           Defendants.
15   _____/         ORDER
16           Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This
17   proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. §
18   636(b)(1). Currently pending before the court is plaintiff's request to file an amended complaint,
19   which was filed November 4, 2005.
20           Plaintiff's complaint filed on October 24, 2004, has not yet been served on
21   defendants, and, as such, no answer has been filed.  The Federal Rules of Civil Procedure provide
22   that a party may amend his or her pleading "once as a matter of course at any time before a
23   responsive pleading is served." Fed. R. Civ. P. 15(a).  However, an amended or supplemental
24   complaint supersedes the original complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).
25   Once an amended pleading is filed, the original pleading no longer serves any function in the case.
26   Id.; see also E.D. Local Rule 15-220.  Although the allegations of this pro se complaint are held

1  to "less stringent standards than formal pleadings drafted by lawyers," Haines v. Kerner, 404 U.S.
2  519, 520 (1972) (per curiam), plaintiff will be required to comply with the Federal Rules of Civil
3  Procedure and the Local Rules of the Eastern District of California.
4      IT IS ORDERED THAT plaintiff may, as a matter of right, amend his complaint.
5  DATED: November 21, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26