**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

ANTHONY E. MACK,

    Plaintiff,                       No. CIV S-05-2134 MCE CMK P

    vs.

MARSHA ONA, et al.,

    Defendants                  <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983, and has requested authority to proceed in forma pauperis under 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).

        On October 28, 2005, the court ordered plaintiff to send a completed affidavit and a certified copy of his prison trust account statement within thirty days. To date, plaintiff has not complied.[1]

///

---

[1] The court notes that plaintiff has filed other motions in this case—a motion to amend and a motion for an extension of time to file an amended complaint; however, he has filed nothing with regard to his trust account statement or affidavit.

1   Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2  writing, within 20 days of the date of service of this order, why this action should not be
3  dismissed for failure to comply with rules and court orders.

5  DATED: December 28, 2005.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE