1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ANTHONY E. MACK,

12              Plaintiff,                    No. CIV S-05-2134 MCE CMK P

13          vs.

14   MARSHA ONA, et al.,

15              Defendants              <u>ORDER</u>

16   _____/

17          Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. §

18   1983, and has requested authority to proceed in forma pauperis under 28 U.S.C. § 1915.  This

19   proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. §

20   636(b)(1).

21          On October 28, 2005, the court ordered plaintiff to send a completed affidavit and

22   a certified copy of his prison trust account statement within thirty days.  On November 4, 2005,

23   plaintiff filed a motion to amend his complaint, without an amended complaint attached.  The

24   court granted plaintiff's motion to amend his complaint on November 21, 2005.  Plaintiff has not

25   yet filed an amended complaint.

26   ///

1    On December 29, 2005 the court ordered plaintiff to show cause why this action

2 should not be dismissed for plaintiff's failure to comply with the court's October 28, 2005 order

3 to send a completed affidavit and copy of plaintiff's prison trust account statement.  A review of

4 the docket reveals that on December 2, 2005, plaintiff filed a motion for a stay or for an extension

5 of time, which stated that plaintiff had not filed a completed affidavit and certified copy of his

6 prison trust account statement because plaintiff's property had been confiscated by prison

7 officials and such documents were in the confiscated property.

8    Accordingly, IT IS ORDERED:

9    1. The December 29, 2005 order to show cause is discharged;

10    2.  Plaintiff is granted an extension of time until February 3, 2006 to file a

11 completed affidavit and copy of his prison trust account statement and;

12    3.  Plaintiff is granted until February 3, 2006 to file an amended complaint.  If

13 plaintiff fails to file an amended complaint, the court will assume that he chooses to proceed on

14 his complaint filed October 24, 2005.

15

16 DATED:   January 3, 2006.

17

18    CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26