IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

        Plaintiff,                    No. CIV S-05-2134 MCE CMK P

  vs.

MARSHA ONO, et al.,

        Defendants.

_____/        ORDER

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  By previous order, plaintiff's request to proceed in forma pauperis has been granted. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        On February 28, 2006, this court issued an order finding that plaintiff had stated a colorable claim against defendants Nelson M. Parker, Marsha Ona, Chief Medical Officer Andrew Lucine, Ricardo S. Centeno and Neil Hirsch.  The court found that plaintiff had failed to state a cognizable claim against defendants George Parkinson, N. Parker, J. Turella, D. Thor, J. Kimossa, Bernard Kordan, Baughman, J. Moor, I Baroyal, Salvatore A. Latteri, T. Vom, Nelson Parker, Norris Hollie or C.M. Hynum.  The court granted plaintiff thirty days to file an amended complaint.  Plaintiff was warned that failure to file an amended complaint would result in a

1

recommendation that these defendants be dismissed from this action.  Plaintiff has failed to file an amended complaint.  By separate order, the court has filed findings and recommendations recommending that defendants George Parkinson, N. Parker, J. Turella, D. Thor, J. Kimossa, Bernard Kordan, Baughman, J. Moor, I Baroyal, Salvatore A. Latteri, T. Vom, Nelson Parker, Norris Hollie or C.M. Hynum be dismissed from this action.

The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Nelson M. Parker, Marsha Ona, Chief Medical Officer Andrew Lucine, Ricardo S. Centeno and Neil Hirsch.  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: Nelson M. Parker, Marsha Ona, Chief Medical Officer Andrew Lucine, Ricardo S. Centeno and Neil Hirsch

2. The Clerk of the Court shall send plaintiff five USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed October 24, 2005.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. six copies of the endorsed complaint filed October 24, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of

1  service. Upon receipt of the above-described documents, the court will direct the United States
2  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
3  without payment of costs.
4
5  DATED: April 17, 2006.
6
7  _____
   **CRAIG M. KELLISON**
8  UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

          Plaintiff,          No. CIV

vs.

                                                <u>NOTICE OF SUBMISSION</u>

          Defendants.         <u>OF DOCUMENTS</u>

_____/

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    ____ completed summons form

    ____ completed USM-285 forms

    ____ copies of the _____
                           Complaint/Amended Complaint

DATED:

                                          _____
                                          Plaintiff