IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

        Plaintiff,                      No. CIV S-05-2134 MCE CMK P

    vs.

MARSHA ONO, et al.,

        Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

        Plaintiff, a state prisoner, is proceeding pro se and in forma pauperis brings this action pursuant to 42 U.S.C. § 1983. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302(c)(17).

        By order filed February 28, 2006, the court issued an order finding that plaintiff's complaint stated a colorable claim for relief against defendants Nelson M. Parker, Marsha Ono, Chief Medical Officer Andrew Lucine, Ricardo S. Centeno and Neil Hirsch. The court found that plaintiff failed to state a claim for relief against defendants George Parkinson, N. Parker, J. Turella, D. Thor, J. Kimossa, Bernard Kordan, Baughman, J. Moor, I Baroyal, Salvatore A. Latteri, T. Vom, Nelson Parker, Norris Hollie and C.M. Hynum and granted plaintiff thirty days to

///

1  file an amended complaint.  Plaintiff was warned that failure to file an amended complaint would
2  result in a recommendation that these defendants be dismissed from this action.  Plaintiff has not
3  filed an amended complaint.
4      In the February 28, 2006 order, the court informed plaintiff of the deficiencies in
5  his claims against defendants George Parkinson, N. Parker, J. Turella, D. Thor, J. Kimossa,
6  Bernard Kordan, Baughman, J. Moor, I Baroyal, Salvatore A. Latteri, T. Vom, Nelson Parker,
7  Norris Hollie and C.M. Hynum.  Because plaintiff has not filed an amended complaint, the court
8  recommends dismissal of the claims made in the original complaint against defendants George
9  Parkinson, N. Parker, J. Turella, D. Thor, J. Kimossa, Bernard Kordan, Baughman, J. Moor, I
10 Baroyal, Salvatore A. Latteri, T. Vom, Nelson Parker, Norris Hollie and C.M. Hynum for failure
11 to state a claim upon which the court could grant relief.[1]  See Noll v. Carlson, 809 F.2d 1446,
12 1448 (9th Cir. 1987) (prisoner must be given notice of deficiencies and opportunity to amend
13 prior to dismissing for failure to state a claim).
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///

---

[1] By separate order, the court has made orders for service of process on the remaining defendants.

1        Based on the foregoing, IT IS RECOMMENDED that this action be dismissed
2 against George Parkinson, N. Parker, J. Turella, D. Thor, J. Kimossa, Bernard Kordan,
3 Baughman, J. Moor, I Baroyal, Salvatore A. Latteri, T. Vom, Nelson Parker, Norris Hollie and
4 C.M. Hynum for failure to state a claim upon which relief can be granted
5        These findings and recommendations are submitted to the United States District
6 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
7 after being served with these findings and recommendations, plaintiff may file written objections
8 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
9 and Recommendations."  Plaintiff is advised that failure to file objections within the specified
10 time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153
11 (9th Cir. 1991).

13 DATED:  April 20, 2006.

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

3