IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

    Plaintiff,

  vs.                          No. CIV S-05-2134 MCE CMK P

MARSHA ONO, et al.,

    Defendants.

_____/      ORDER

        Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). On February 28, 2006, the court issued an order notifying plaintiff that he had stated a cognizable civil rights claim against only some defendants and granting plaintiff thirty days to file an amended complaint. (Doc. 15.) On April 18, 2006, when plaintiff failed to file an amended complaint, the court filed an order stating that service was appropriate for certain defendants. (Doc. 16.) The court issued a new order screening plaintiff's complaint on May 26, 2006.

        In the screening order the court stated that the findings and recommendations filed on April 25, 2006 were vacated. However, the court inadvertently neglected to list this in the "IT IS ORDERED" section of the complaint. For clarity's sake the court does so now.

///

IT IS ORDERED that:

1. The February 28, 2006 order screening plaintiff's complaint is vacated (doc. 15);

2. The April 18, 2006 order ordering service of plaintiff's complaint is vacated (doc. 16);

3. The April 25, 2006 findings and recommendations are vacated (doc. 17).

4. The May 26, 2006 order is the operative screening order in this case. (Doc. 20.)

Dated: June 2, 2006

        /s/ Craig M. Kellison
        U.S. Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26