IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

    Plaintiff,                           No. CIV S-05-2134 MCE CMK P

    vs.

MARSHA ONO, et al.,

    Defendants.                         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to submit documents needed for service of the defendants pursuant to the court's April 18, 2006 order. Pursuant to the court's May 26, 2006 (doc.20.) and June 2, 2006 (doc. 22) orders, the court's order ordering service of plaintiff's complaint was vacated. Accordingly, petitioner's request for an extension of time (doc. 19) is denied as moot.

        IT IS SO ORDERED

DATED: June 8, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE