IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

        Plaintiff,                    No. CIV S-05-2134 MCE CMK P

   vs.

MARSHA ONA, et al.,

        Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983.

        At the onset the court notes that, when it vacated its order of February 28, 2006, it inadvertently vacated plaintiff's permission to proceed in forma pauperis. To ensure that there is no confusion, the court notes that plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a), and his request to proceed in forma pauperis is granted. As the order directing monthly payments from plaintiff's prison trust account was not vacated, there is no need to re-issue that order.

        Plaintiff's first complaint was dismissed on May 26, 2006 with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

///

1

1   In his amended complaint plaintiff names the following nineteen defendants: (1)
2   Monte Penner, J. Turella, Dr. O'Brian, Neil Hirsch, Bernard Kordan, J. Moor, Baughman, I.
3   Baroya, Salvatore Latteri, T. Vo, Ricardo S. Centeno, Andrew Lucine, Marsha Ona, George
4   Parkinson, Nelson Parker, Norris Hollie, C. Hynum, D. Thor, and J. Krossa. The gist of
5   plaintiff's complaint is that he injured his shoulder during a prison altercation.  He claims that the
6   defendants were deliberately indifferent to the severity of his injury; that due to defendants'
7   indifference necessary medical care was delayed; and that the delay resulted in further injury to
8   his shoulder.

9   Denial of medical treatment to prisoners may constitute an Eighth Amendment
10  violation.  See Toussaint v. McCarthy, 801 F.2d 1080, 1111 (9th Cir. 1986).  Delay of, or
11  interference with, medical treatment can also amount to deliberate indifference.  See Lopez v.
12  Smith, 203 F.3d 1122, 1131 (9th Cir. 2000).  Accordingly, plaintiff's amended complaint states a
13  cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the
14  allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail
15  on the merits of this action.  The court, therefore, finds that service is appropriate and will direct
16  service by the U.S. Marshal without pre-payment of costs.  Plaintiff is informed, however, that
17  this action cannot proceed further until plaintiff complies with this order.  Plaintiff is warned that
18  failure to comply with this order may result in dismissal of the action.  See Local Rule 11-110.

19  In accordance with the above, IT IS HEREBY ORDERED that:
20  1. Plaintiff's request to proceed in forma pauperis is granted;
21  2. Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.
22  Plaintiff was assessed an initial partial filing fee of $72.92.  All fees shall be collected and paid in
23  accordance with this court's February 16, 2006 order to the Director of the California
24  Department of Corrections and Rehabilitation.
25  3. Service is appropriate for the following defendants: (1) Monte Penner, J.
26  Turella, Dr. O'Brian, Neil Hirsch, Bernard Kordan, J. Moor, Baughman, I. Baroya, Salvatore

Latteri, T. Vo, Ricardo S. Centeno, Andrew Lucine, Marsha Ona, George Parkinson, Nelson Parker, Norris Hollie, C. Hynum, D. Thor, and J. Krossa.

    4. The Clerk of the Court shall send plaintiff nineteen USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed June 23, 2006.

    5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 1 above; and

        d. Twenty copies of the endorsed amended complaint filed June 23, 2006.

    6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: November 1, 2006.

                                  **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff, | No. CIV |
| vs. | |
| | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

_____  completed summons form

_____  completed USM-285 forms

_____  copies of the _____
                            Amended Complaint

DATED:

                                                        _____
                                                        Plaintiff