IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

    Plaintiff,                    No. CIV S-05-2134 MCE CMK P

   vs.

MARSHA ONA, et al.,

    Defendants..

                    /        <u>ORDER</u>

       Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1). Currently before the court is plaintiff's request for an extension of time to submit materials for service on defendants pursuant to the court's November 2, 2006 order.

       Good cause appearing, plaintiff is granted thirty days from the date this order is filed to submit these materials to the court.

       IT IS SO ORDERED.

DATED: November 30, 2006.

                                                   **CRAIG M. KELLISON**
                                                   UNITED STATES MAGISTRATE JUDGE