IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

      Plaintiff,

  vs.                        No. CIV S-05-2134 MCE CMK P

MARSHA ONA, et al.,

      Defendants..

_____/      <u>ORDER</u>

      Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.  This proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. § 636(b)(1).  On December 26, 2006, plaintiff filed a "Notice and Motion for Temporary Restraining Order and or Preliminary Injunction."

      A review of the motion reveals that plaintiff alleges that prison officials have transferred him to Tehachapi Security Housing Unit in an attempt to thwart him from complying with the court's recent order directing plaintiff to complete and submit documents necessary for serving defendants.  The relief which plaintiff seeks is an order prohibiting Department of Corrections officials from withholding his relevant legal documents and from obstructing plaintiff's access to the court.  Given the nature of the relief requested, the court will construe plaintiff's motion as a request for an extension of time to file the necessary service documents

and a notification to the court that he is being denied access to the courts.

In light of plaintiff's motion, the court grants him a forty-five day extension of time to submit the documents necessary for service upon defendants. Because plaintiff has claimed that he is being denied access to the courts, the court will direct the Clerk of the Court to serve a copy of this order, which contains plaintiff's deadlines, on William Sullivan, Warden of Tehachapi State Prison. Should plaintiff's attempts to meet court ordered deadlines be frustrated by prison officials, plaintiff is directed to notify the court immediately.

IT IS ORDERED that:

1. Plaintiff is granted a forty-five day extension of time from the date this order is filed to submit the documents necessary for service on defendants.

2. The Clerk of the Court is directed to serve a copy of this order on William Sullivan, Warden, Tehachapi State Prison.

3. Plaintiff's motion for injunctive relief is denied without prejudice to renewal at a later point in the proceedings, if necessary.

DATED: January 5, 2007.

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE