1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  ANTHONY E. MACK,

12          Plaintiff,                    No. CIV S-05-2134 MCE CMK P

13      vs.

14  MARSHA ONA, et al.,

15          Defendants                    <u>ORDER</u>

16  _____/

17          Plaintiff is a prisoner proceeding pro se with a civil rights action under 42 U.S.C. §

18  1983, and has requested authority to proceed in forma pauperis under 28 U.S.C. § 1915.  This

19  proceeding was referred to this court by Local Rule 72-302 by the authority of 28 U.S.C. §

20  636(b)(1).

21          By order filed January 8, 2007, the court granted plaintiff a forty-five day

22  extension of time to submit the documents necessary for service of defendants.  To date plaintiff

23  has not returned the documents required for service.  On February 26, 2007, plaintiff filed a

24  request for reconsideration of the court's denial of his request for injunctive relief.  In that filing,

25  plaintiff also noted that he had recently been transferred; that a box of his legal materials was

26  missing; and that the documents "relevant to the court ordered deadline" were among the missing

documents. (Doc. 32 at 2.)  Accordingly, the court will order the clerk to resend plaintiff a copy

1 of the order filed on November 2, 2006.   The court will also direct the Clerk of the Court to send

2 plaintiff additional USM-285 forms, a summons, an instruction sheet, and a copy of the amended

3 complaint filed June 23, 2006.  Plaintiff will have thirty days from the date of this order to return

4 the documents needed for service.  Failure to return the documents may result in an order that this

5 action be dismissed for failure to comply with court orders.

6         IT IS ORDERED that:

7         1.  The Clerk of the Court is directed to send plaintiff a copy of the court's

8 November 2, 2006 order.  (Doc. 25.)

9         2.  The Clerk of the Court shall send plaintiff nineteen USM-285 forms, one

10 summons, an instruction sheet, and a copy of the amended complaint filed June 23, 2006.

11         3.  Within thirty days of the date of this order, plaintiff shall complete and return

12 the documents necessary for service of defendants.

13

14 DATED:   March 2, 2007.

15

16                          **CRAIG M. KELLISON**

17                          UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26