1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ANTHONY E. MACK,                        No. 2:05-cv-2134-MCE-CMK-P

11          Plaintiff,

12   v.                                      ORDER

13   MARSHA ONA, et al.,

14          Defendants.

15   _____/

16          On January 8, 2007, the Magistrate Judge issued an order denying plaintiff's motion for

17   injunctive relief.  On February 26, 2007, plaintiff filed a request for reconsideration of that order.

18   Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration

19   thereof is sought from the Court within ten court days . . . from the date of service of the ruling

20   on the parties."  E.D. Local Rule 72-303(b).  Plaintiff's request for reconsideration of the

21   magistrate judge's order of January 8, 2007 is therefore untimely.

22          Accordingly, IT IS HEREBY ORDERED that plaintiff's February 26, 2007 request for

23   reconsideration is denied.

24    Dated:  March 8, 2007

25                                           _____

26                                           MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE