IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,            No. CIV S-05-2134-MCE-CMK-P

       Plaintiff,

   vs.                           <u>ORDER</u>

MARSHA ONA, et al.,

       Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On April 17, 2007, the court ordered the United States Marshal to serve the complaint on defendants.  Process directed to defendants Centeno and Ona were returned unserved.  Process directed to defendant Ona was returned unserved because "per facility, unable to locate; overnite attempt to last known 'undeliverable.'"  Process directed to defendant Centeno was returned unserved because "per facility, unable to locate."  Plaintiff must provide additional information to serve these defendants.  Plaintiff shall promptly seek such information through discovery (once opened), the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.  If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.  Once additional information sufficient to effect

1 service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the
2 forms necessary for service by the U.S. Marshal.  Plaintiff is cautioned that failure to effect
3 service may result in the dismissal of unserved defendants.  <u>See</u> Fed. R. Civ. P. 4(m).
4     Accordingly, IT IS HEREBY ORDERED that plaintiff shall promptly seek
5 additional information sufficient to effect service on any unserved defendants and notify the court
6 once such information is ascertained.

8  DATED: January 10, 2008

10     **CRAIG M. KELLISON**
    UNITED STATES MAGISTRATE JUDGE