IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK, | No. CIV S-05-2134-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MARSHA ONA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's notification that his opposition to defendants' motion to dismiss (Doc. 45) will be late (Doc. 54).  The court will construe this as a request for an extension of time.

On January 28, 2008, defendants filed a motion to dismiss.  Plaintiff received a 30-day extension of time to file an opposition to defendants' motion.  He now requests another extension of that deadline.  Good cause appearing therefor, the request will be granted.  The court notes that two additional motions to dismiss have been filed by other defendants in this matter (Docs. 50, 53).  Plaintiff's responses to those motions are due April 1, 2008 and April 14, 2008, respectively.  Plaintiff has not requested an extension of time to respond to those motions.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time is granted; and

2. Plaintiff shall file his opposition to defendants' motion to dismiss (Doc. 45) within 15 days of the date of service of this order.

DATED: March 26, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2