IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK, | No. CIV S-05-2134-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MARSHA ONA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for additional time (Doc. 59) to file an opposition to the third motion to dismiss (Doc. 53) the defendants have filed.

Plaintiff requested and received a 30-day extension of time to file an opposition to the defendants' first motion to dismiss.  He has since filed his opposition to the first and second motions to dismissed filed by the defendants.  Due to difficulty accessing the law library, he is now requesting additional time to respond to the third motion to dismiss.   Good cause appearing therefor, the request will be granted.  Plaintiff  will have an additional 30 days to respond to the third motion to dismiss (Doc. 53).

/ / /

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   Plaintiff's request for an extension of time (Doc. 59) is granted; and

3    2.   Plaintiff shall file his opposition to defendants' third motion to dismiss
(Doc. 53) within 30 days of the date of service of this order.

DATED: April 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2