IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

      Plaintiff,                    No. CIV S-05-2134-MCE-CMK-P

   vs.

MARSHA ONA, et al.,

      Defendants.            ORDER

                             /

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2007, the court ordered the United States Marshal to serve the complaint on defendants.[1] Process directed to defendants Moor, Latteri and Parker were returned unserved. Process directed to defendant Moor was returned unserved because "per facility deceased." Process directed to defendant Parker was returned unserved because "per facility, resigned; per CDC locator not in database." Process directed to defendant Latteri was returned unserved because "per facility never employed; not in database, per CDC locator."

/ / /

---

[1] The USM was reserved with the order directing service on November 28, 2007.

1

In light of the suggestion in the record of defendant Moor's death, plaintiff is directed to seek substitution pursuant to Federal Rule of Civil Procedure 25(a)(1) within 90 days of the date of this order. Plaintiff is cautioned that failure to seek substitution will result in dismissal of this action as against defendant Moor.

In addition, plaintiff must provide additional information to serve defendants Latteri and Parker. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention. Once additional information sufficient to effect service is obtained, plaintiff shall notify the court whereupon plaintiff will be forwarded the forms necessary for service by the U.S. Marshal. Plaintiff is cautioned that failure to effect service may result in the dismissal of unserved defendants. See Fed. R. Civ. P. 4(m).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall seek substitution of defendant Moor pursuant to Federal Rule of Civil Procedure 25(a)(1) within 90 days of the date of this order; and

2. Plaintiff shall promptly seek additional information sufficient to effect service on any unserved defendants and notify the court once such information is ascertained.

DATED: May 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE