IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

    Plaintiff,                  No. CIV S-05-2134-MCE-CMK-P

    vs.

MARSHA ONA, et al.,

    Defendants.           <u>ORDER</u>

                                /

            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 11, 2008, plaintiff was ordered to seek additional information sufficient to effect service on defendants Ona and Centeno. In plaintiff's opposition to a pending motion to dismiss (Doc. 56), plaintiff indicated he had obtained additional information to effect service on these defendants. Accordingly, plaintiff will be provided the required documents to effect this service. Plaintiff is informed that action on his part is required, and this case cannot proceed against these defendants until he complies with this order. Plaintiff will be required to complete the Notice of Submission of Documents and submit to the court the documents listed below. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff two USM-285 forms, one for each defendant identified above, one summons, an instruction sheet, and a copy of the first amended complaint filed June 23, 2006; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. Two completed USM-285 form(s); and

    d. Three copies of the endorsed complaint filed August 4, 2005.

DATED: May 7, 2008

                                              /s/ Craig M. Kellison
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

    Plaintiff,                            No. CIV S-05-2134-MCE-CMK-P

    vs.

MARSHA ONA, et al.,

    Defendants.                      NOTICE OF SUBMISSION OF DOCUMENTS

        Plaintiff hereby submits the following documents in compliance with the court's order:

        __1__      completed summons form;

        ____      completed USM-285 form(s); and

        ____      copies of the first amended complaint filed on June 23, 2006.

DATED: _____                         _____

                                                                Plaintiff