IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK, | No. CIV S-05-2134-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MARSHA ONA, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's "Notice and Motion for Temporary Injunction" (Doc. 75).

Petitioner indicates in his request that he is having difficulty accessing the law library in order to prepare his opposition to the pending motion to dismiss filed by defendant Centeno (Doc. 70). Defendant Centeno's motion to dismiss was filed on August 11, 2008. Plaintiff's opposition to that motion was to be filed on or before September 2, 2008. See Local Rule 78-230(m). Therefore, plaintiff's request for injunctive relief will be construed as a request for additional time, which will be granted. Plaintiff will have an additional 30 days in which to file his opposition.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for injunctive relief is construe as a request for additional time to respond to the pending motion to dismiss filed by defendant Centeno;

2. As so construed, plaintiff's request for additional time is granted; and

3. Plaintiff may file a response in opposition to the motion to dismiss within 30 days of the date of service of this order.

DATED: September 12, 2005

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2