1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY E. MACK,

12              Plaintiff,                    No. CIV S-05-2134-MCE-CMK-P

13        vs.

14   MARSHA ONA, et al.,

15              Defendants.                   ORDER

16   _____/

17              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.  On May 8, 2008, plaintiff was ordered to seek additional information

19   sufficient to effect service on defendant Latteri.  On November 19, 2008, plaintiff filed a notice

20   indicating this defendant's current location.  Accordingly, plaintiff will be provided the required

21   documents to effect this service.  Plaintiff is informed that action on his part is required, and this

22   case cannot proceed against this defendant until he complies with this order.  Plaintiff will be

23   required to complete the Notice of Submission of Documents and submit to the court the

24   documents listed below.  Plaintiff is warned that failure to comply with this order may result in

25   dismissal of the action.  See Local Rule 11-110.

26   / / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The Clerk of the Court is directed to send plaintiff one USM-285 form, for

3   the defendant identified above, one summons, an instruction sheet, and a copy of the first

4   amended complaint filed June 23, 2006; and

5        3.    Within 30 days of the date of service of this order, plaintiff shall complete

6   the attached Notice of Submission of Documents and submit the following documents to the

7   court:

8            a.    The completed Notice of Submission of Documents;

9            b.    One completed summons;

10            c.    One completed USM-285 form(s); and

11            d.    Two copies of the endorsed complaint filed August 4, 2005.

DATED: November 20, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5      IN THE UNITED STATES DISTRICT COURT

6     FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8 ANTHONY E. MACK,

9     Plaintiff,     No. CIV S-05-2134-MCE-CMK-P

10   vs.

11 MARSHA ONA, et al.,

12     Defendants.    <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

13 _____/

14     Plaintiff hereby submits the following documents in compliance with the court's

15 order:

16

17    <u>1</u>   completed summons form;

18    ____   completed USM-285 form(s); and

19    ____   copies of the first amended complaint filed on June 23, 2006.

20

21 DATED: _____   _____

22             Plaintiff

23

24

25

26