1

2

3

4

5     **IN THE UNITED STATES DISTRICT COURT**

6    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8 ANTHONY E. MACK,     No. CIV S-05-2134-MCE-CMK-P

9    Plaintiff,

10  vs.        <u>ORDER</u>

11 MARSHA ONA, et al.,

12    Defendants.

13 _____/

14    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

15 to 42 U.S.C. § 1983.   Pending before the court is plaintiff's request for an extension of time

16 (Doc. 90) to file objections to the court's November 21, 2008, findings and recommendations.

17 Good cause appearing therefore, the request is granted.  The parties may file objections within 30

18 days of the date of this order.  The parties are reminded that failure to file objections within the

19 specified time may waive the right to appeal any order adopting the findings and

20 recommendations.  <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

21    IT IS SO ORDERED.

22

23 DATED:  December 24, 2008

24          _____

           **CRAIG M. KELLISON**

25           UNITED STATES MAGISTRATE JUDGE

26