Peter J. Kelly, Esq., Bar No. 50878
Stephanie Roundy, Esq., Bar No. 211871
RIGGIO MORDAUNT & KELLY
A Professional Law Corporation
2509 West March Lane, Suite 200
Stockton, CA 95207
Telephone: (209) 473-8732

Attorneys for Defendant
RICARDO S. CENTENO, M.D.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK, | Case No. CIV-S-05-2134 MCE CMK P |
| Plaintiff(s), | ORDER FOR STIPULATION FOR DISMISSAL OF DEFENDANT DR. RICARDO CENTENO FOR WAIVER OF COSTS |
| vs. | |
| MARSHAL ONA, A. LUCINE, ELAINE HILL, N HIRSCH, et al., | |
| Defendant(s). | |

The stipulation of the parties to dismiss having been read and considered,

IT IS HEREBY ORDERED that the above-captioned action (Case No. CIV S-05-2134 MCE CMK P) be, and hereby is, dismissed with prejudice against defendant RICARDO CENTENO, M.D. In exchange for the dismissal of this case, Defendant RICARDO CENTENO, M.D. hereby agrees to waive his rights to recover any costs of suit against plaintiff associated with this matter.

Dated: May 4, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

(PROPOSED) ORDER FOR DISMISSAL OF DR. CENTENO