IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,  No. CIV S-05-2134-MCE-CMK-P

    Plaintiff,

  vs.  ORDER

MARSHA ONA, et al.,

    Defendants.

                             /

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On January 16, 2009, the court ordered the United States Marshal to serve the complaint on defendant Latteri. Process directed to defendant Latteri was returned unserved because "Dr. Latteri is deceased per his wife."

       In light of the suggestion in the record of defendant Latteri's death, plaintiff is directed to seek substitution pursuant to Federal Rule of Civil Procedure 25(a)(1) within 90 days of the date of this order. Plaintiff is cautioned that failure to seek substitution will result in dismissal of this action as against defendant Latteri.

/ / /

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that Plaintiff shall seek substitution of
2 | defendant Latteri pursuant to Federal Rule of Civil Procedure 25(a)(1) within 90 days of the date
3 | of this order.

DATED: May 18, 2009

　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE