IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK, | No. CIV S-05-2134-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MARSHA ONA, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a motion for summary judgment by defendant Vo (Doc. 145), a stipulation of dismissal (Doc. 159) between Plaintiff and defendant Vo, and Plaintiff's motion to strike defendant Vo's motion for summary judgment (Doc. 162).

      Plaintiff and defendant Vo have indicated they have entered into a settlement agreement, and are requesting this action be dismissed with prejudice against defendant Thomas Vo, M.D.  Pursuant to Federal Rule of Civil Procedure 41(a)(1), this request will be granted.  As this matter has settled between these two individuals, the pending motion for summary judgment defendant Vo filed is rendered moot.  To the extent Plaintiff's motion to strike brings this to the attention of the court, his request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Pursuant to the voluntary stipulation of dismissal (Doc. 159) between Plaintiff and defendant Vo, defendant Thomas Vo, M.D., is dismissed from this action with prejudice;

2. Defendant Vo's motion for summary judgment (Doc. 145) is denied as moot;

3. Plaintiff's motion to strike (Doc. 162) is granted to the extent it brings to the court's attention that the motion for summary judgment filed by defendant Vo is rendered moot by the stipulated dismissal; and

4. This action shall proceed as against the remaining defendants.

DATED: August 29, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE