|   |   |
|---|---|
| ANTHONY E. MACK, | No. 2:05-cv-2134-MCE-CMK-P |
| Plaintiff, | |
| v. | **ORDER** |
| MARSHA ONA, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 8, 2013, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. ECF No. 198. Plaintiff requested additional time to file objections to the findings and recommendations, which have been received. ECF Nos. 200, 201.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case. Due to an error in the Clerk's Office, this case was inadvertently stayed and no action was taken on the case for a prolonged period of time. Due to the passage of time, the Court therefore REJECTS the Findings and Recommendations as moot.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 8, 2013 (ECF No. 198), are DENIED as moot;
2. Plaintiff's request for additional time to file objections (ECF No. 200) is DENIED as moot; and
3. Plaintiff's motion for a temporary restraining order (ECF No. 193) and motion to stay (ECF No. 197) are DENIED as moot.
4. The parties are directed to proceed with this action.by reviewing and complying with the Magistrate Judge's April 13, 2018 Order (ECF No. 206).

IT IS SO ORDERED.

Dated: April 23, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE