# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY E. MACK,<br><br>    Plaintiff,<br><br>    v.<br><br>MARSHA ONA, et al.,<br><br>    Defendants. | No. 2:05-CV-2134-MCE-DMC-P<br><br><br>ORDER |

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

    On August 28, 2018, the Magistrate Judge filed findings and recommendations (ECF No. 216) herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

    The Court has reviewed the file and finds the findings and recommendations to be supported by the record and proper analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 28, 2018 (ECF No. 216), are ADOPTED in full; and

2. Salvatore A. Latteri is dismissed as a defendant to this action pursuant to Federal Rule of Civil Procedure 25(a)(1).

IT IS SO ORDERED.

Dated: September 27, 2018

*[signature]*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE