IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY E. MACK,

    Plaintiff,

    v.

NEIL HIRSCH, et al.,

    Defendants.

No.  2:05-cv-2134-MCE-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 1, 2019, the Magistrate Judge filed Findings and Recommendations ("F&R") herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  ECF No. 224.  Plaintiff was granted extensions of time to file objections (see ECF Nos. 228, 231), but no objections to the F&Rs have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the F&R to be supported by the record and by proper analysis.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The F&Rs filed February 1, 2019 (ECF No. 224), are ADOPTED in full;

2. Defendant Hill is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to effect service of process;

3. Defendants' Motions for Summary Judgment (ECF Nos. 155 and 168) are GRANTED;

4. Plaintiff's Motion for Injunctive relief (ECF No. 223) is DENIED; and

5. The Clerk of the Court is directed to enter judgment in favor of Defendants and close this file.

IT IS SO ORDERED.

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE